[No. 63414-3-I. Division One. April 19, 2010.]

*In the Matter of the Marriage of* PATRICIA J. PAPPAS, *Respondent*, and CHRISTOPHER S. PAPPAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-04002-5, Patricia H. Clark, J., entered March 24, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Leach, J., and Meyer, J. Pro Tem.

[No. 63457-7-I. Division One. April 19, 2010.]

CHRISTOPHER BOFFOLI, *Appellant*, v. KEITH ORTON ET AL., *Defendants*, BOAZ HALL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-32608-1, Charles W. Mertel, J. Pro Tem., entered April 30, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Meyer, J. Pro Tem.

[No. 38398-5-II. Division Two. April 20, 2010.]

JOSE ARREDONDO ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00325-3, Christine A. Pomeroy, J., entered September 5, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38778-6-II. Division Two. April 20, 2010.]

*In the Matter of the Marriage of* FREDERICK SKUSEK, *Respondent*, and SHEILA SKUSEK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-01414-9, Katherine M. Stolz, J., entered December 8, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.